PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: **JASON COOK**  Docket No.: 10-00456
PACTS Number: 29922

Name of Sentencing Judicial Officer: HONORABLE JAMES R. SPENCER
                                      UNITED STATES DISTRICT JUDGE
                                      (EASTERN DISTRICT OF VIRGINIA)

Transfer of Jurisdiction: June 24, 2010

Name of Newly Assigned Judicial Officer: HONORABLE FAITH S. HOCHBERG
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: September 10, 2001

Original Offenses:

(Count One)  Possession with intent to Distribute Cocaine Base, 21 U.S.C. § 841
         (a)(1)
(Count Two) Possession of a Firearm in furtherance of a Drug Trafficking Crime, 18 U.S.C. §
         924(c)

Original Sentence:  Sixty months custody on each of Counts One and Two, to be served consecutively; Four Years Supervised Release on Count One and Three Years Supervised Release on Count Two, to be served concurrently; $200.00 Special Assessment.  The special condition of substance testing/treatment, if directed by U.S. Probation was also imposed.

August 10, 2010: Modification imposing the condition of ten months of halfway house placement.

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**The defendant shall report as directed by his Probation Officer.**" |
| | The offender failed to report on August 16, 2010. |
| 2 | The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**' |
| | The offender commenced weekly outpatient and monthly individual substance abuse treatment on June 8, 2010. He missed three group sessions and one individual session in July 2010 and he missed two group sessions in August 2010. |
| 3 | The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**' |
| | The offender tested positive for marijuana on July 19, 2010 and July 29, 2010. He signed an admission of drug usage form admitting that he had smoked marijuana on July 19, 2010, August 8, 2010 and August 13, 2010. |

U.S. Probation Officer Action:

On August 10, 2010, the Court approved a modification imposing the condition of ten months in a halfway house placement in response to previous violations of supervised release. Mr. Cook is scheduled to report to his halfway house placement on August 23, 2010.

The offender reported unannounced on August 17, 2010 and his continued non-compliance was discussed and he was instructed to report to his halfway house placement on August 23, 2010. Mr. Cook was advised that, even though Your Honor approved the modification for his halfway house placement, that if he fails again, he will be looking at incarceration from the Court.

Despite the offender's continued violations, our office recommends that the offender be allowed to continue with his halfway house placement as scheduled. It is hoped that this more structured environment will assist in turning Mr. Cook's dismal situation around. Mr. Cook will be advised that further violation(s) may result in revocation of his term of supervised release.

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: John L. Paccione
U.S. Probation Officer
Date: August 20, 2010

---

[X] Agree with U.S. Probation Officer action. Additionally, this correspondence will serve as an "Official Reprimand" from the Court, and Mr. Cook will be advised that further violation(s) may result in revocation of his term of supervised release.

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

8/26/10
Date