PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **JASON COOK**   Docket No.: 10-00456
PACTS Number: 29922

Name of Sentencing Judicial Officer: HONORABLE JAMES R. SPENCER
UNITED STATES DISTRICT JUDGE
(EASTERN DISTRICT OF PENNSYLVANIA)

Transfer of Jurisdiction: June 24, 2010

Name of Newly Assigned Judicial Officer: HONORABLE FAITH S. HOCHBERG
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: September 10, 2001

Original Offenses:

(Count One) Possession with intent to Distribute Cocaine Base, 21 U.S.C. § 841 (a)(1)

(Count Two) Possession of a Firearm in furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924©

Original Sentence: Sixty months custody on each of Counts One and Two, to be served consecutively; Four Years Supervised Release on Count One and Three Years Supervised Release on Count Two, to be served concurrently; $200.00 Special Assessment. The special condition of substance testing/treatment, if directed by U.S. Probation was also imposed.

On August 10, 2010, the Court approved a modification imposing the condition of ten months in a halfway house placement.

Type of Supervision: Supervised Release   Date Supervision Commenced: November 25, 2009

Assistant U.S. Attorney: To be assigned.   Defense Attorney: To be assigned.

---

### PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the special supervision condition which states 'The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.' You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.' |

The offender commenced a ten month halfway house placement on August 23, 2010 at Kintock located in Philadelphia, Pennsylvania. Random drug testes were administered by Kintock and the offender tested positive for marijuana on August 29, 2010, September 10, 2010 and September 18, 2010.

Labotory analysis determined that the offender had used marijuana on three separate occasions between the above-referenced positive drug test results for marijuana.

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: John L. Paccione
U.S. Probation Officer
Date: October 26, 2010

PROB 12C - Page 3
Jason A. Cook

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[x] The Issuance of a Summons.  Date of Hearing: 11/10/2010 at 1:00pm
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

11/8/2010
_____
Date